# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| DAVID HARRELL, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-132 |
| | * | |
| v. | * | |
| | * | |
| WARDEN DEREK EDGE, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's May 2, 2018 Report and Recommendation, dkt. no. 11, to which Petitioner David Harrell ("[Abstract]") did not file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** [Abstract]'s Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal

and to **CLOSE** this case, and **DENIES** [Abstract] leave to appeal *in forma pauperis*.

**SO ORDERED**, this 23 day of July, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA